O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA 12-268M |
| Plaintiff, | **ORDER OF TEMPORARY DETENTION PENDING HEARING IN COMMIT**MENT DISTRICT |
| vs. | |
| CARLOS MIGUEL NAYEN BORBOLLA , | |
| Defendant. | |

The government has filed a motion to detain Defendant without bail. Defendant has agreed to temporary detention pending arrival in the commitment district. IT IS ORDERED that Defendant be temporarily detained subject to a full detention hearing in the commitment district.

DATED: June 13, 2012

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1